# United States Bankruptcy Court
## Middle District of Florida

In re: __MJD Legacy Imvestments, Inc__
Debtor(s)

Case No. _____
Chapter __7__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __MJD Legacy Imvestments, Inc__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

__March 17, 2021__
Date

/s/ J. Andrew Braithwaite
J. Andrew Braithwaite 68291
Signature of Attorney or Litigant
Counsel for __MJD Legacy Imvestments, Inc__
J. Andrew Braithwaite, Esq.
390 N. Orange Avenue, Suite 2300
Orlando, FL 32801
(407)796-2639
andy.braithwaitelaw@gmail.com