**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: | 21-01125   GER   Judge: GRACE E ROBSON |
| Case Name: | MJD LEGACY INVESTMENTS INC |
| For Period Ending: | 09/30/22 |

| | |
|---|---|
| Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/17/21 (f) |
| 341(a) Meeting Date: | 04/20/21 |
| Claims Bar Date: | 09/30/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHASE CHECKING 9037 | 0.00 | 0.00 | | 0.00 | FA |
| 2. CHASE SAVINGS 1910 (u) | 196.45 | 0.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE OVER 90 DAYS OLD (u) | 310,000.00 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE OVER 90 DAYS OLD (u) | 312,000.00 | 0.00 | | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE OVER 90 DAYS OLD (u) | 1,250,000.00 | 0.00 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE  OVER 90 DAYSOLD (u) | 170,000.00 | 0.00 | | 0.00 | FA |
| 7. INVESTMENTS 228 SHARES OF WEBSTAR NETWORK CORP (u) | 3,769,994.00 | 100,000.00 | | 0.00 | 100,000.00 |
| 8. OFFICE EQUIPMENT INCLUDING COMPUTER AND COMMUNICAS | 500.00 | 0.00 | | 0.00 | FA |
| 9. REAL PROPERTY 13343 BOVET AVE ORLANDO | 320,849.00 | 0.00 | | 0.00 | FA |
| 10. REAL PROPERTY 13351 BOVET AVE ORLANDO | 322,443.00 | 0.00 | | 0.00 | FA |
| 11. REAL PROPERTY 13359 BOVET AVE ORLANDO | 320,849.00 | 34,440.85 | | 467,877.69 | FA |
| 12. FRAUDULENT TRANSFERS TO CREDITORS (u)   PREFERENCE SETTLED WITH TAYLOR MORRISON AND APPROVED BY COURT ORDER DATED 1/24/2022 DOC NO 102 VOIDABLE TRANSFER TO GOLDMAN SACHS  $10,702.22  PAID IN FULL | 0.00 | 227,216.39 | | 227,216.39 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,776,831.45 | $361,657.24 | | $695,094.08 | $100,000.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HIRED SPECIAL COUNSEL TO PURSUE FRAUDULENT TRANSFERS AND INVESTMENTS MADE BY DEBTOR.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

| | |
|---|---|
| Case No: | 21-01125    GER    Judge: GRACE E ROBSON |
| Case Name: | MJD LEGACY INVESTMENTS INC |

| | |
|---|---|
| Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/17/21 (f) |
| 341(a) Meeting Date: | 04/20/21 |
| Claims Bar Date: | 09/30/21 |

FORENSIC ACCOUNTANT HIRED TO INVESTIGATE TRANSFERS AND INVESTMENTS LISTED AS ACOCUNTS RECEIVABLE BY DEBTOR.

REAL PROPERTY AT 13359 BOVET AVE ORLANDO TO BE SOLD FREE AND CLEAR. OF LIENS NET VALUE TO ESTATE APPROXIMATELY $163,000

CLAIMS REVIEWED

PREFERENCE SETTLED WITH TAYLOR MORRISON  IN THE AMOUNT OF $48,750.00 APPROVED BY COURT ORDER DATED 1/24/2022 DOC NO 102

VOIDABLE TRANSFER TO GOLDMAN SACHS  $10,702.22  PAID IN FULL

PREFERENCE SETTLED WITH DISCOVER CARD  IN THE AMOUNT OF $23,079.32 APPROVED BY COURT ORDER DATED 1/24/2022 DOC NO 102

PREFERENCE SETTLED WITH TD BANK  IN THE AMOUNT OF $9,450.00 APPROVED BY COURT ORDER DATED 1/24/2022 DOC NO 102

PREFERENCE SETTLED WITH PULTE HOMES  IN THE AMOUNT OF $25,000.00 APPROVED BY COURT ORDER DATED 1/24/2022 DOC NO 102

PREFERENCE SETTLED WITH NEW RESOLUTION  IN THE AMOUNT OF $39,681.89 APPROVED BY COURT ORDER DATED 1/7/2022 DOC NO 93

PREFERENCE SETTLED WITH AKSHAYA  IN THE AMOUNT OF $15,202.00 APPROVED BY COURT ORDER DATED 1/7/2022 DOC NO 92

PREFERENCE SETTLED WITH TARGET (TD Bank)  IN THE AMOUNT OF $9,450.00 APPROVED BY COURT ORDER DATED 3/15/2022 DOC NO 117

Initial Projected Date of Final Report (TFR): 06/30/22        Current Projected Date of Final Report (TFR): 12/30/22

/s/      ROBERT E. THOMAS, TRUSTEE

_____ Date: 11/03/22

ROBERT E. THOMAS, TRUSTEE

**FORM 2**

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:         21-01125  -GER
Case Name:    MJD LEGACY INVESTMENTS INC

Taxpayer ID No:   *******5274
For Period Ending:  09/30/22

Trustee Name:      ROBERT E. THOMAS, TRUSTEE
Bank Name:         Axos Bank
Account Number / CD #:    *******3032  Checking Account

Blanket Bond (per case limit):   $ 22,299,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/16/21 | 12 | GOLDMAN SACHS | PREFERENCE FUNDS TURNED OVER FOR APPLE CARD PREFERENCE | 1241-000 | 10,702.22 | | 10,702.22 |
| 12/01/21 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 5.72 | 10,696.50 |
| 12/20/21 | | CENTURIAN TITLE | REAL ESTATE CLOSING PROCEEDS | | 26,563.16 | | 37,259.66 |
| | 11 | CENTURIAN TITLE | Memo Amount:         460,000.00 GROSS SALES PRICE | 1110-000 | | | |
| | | REALTY, HOMEWISE | Memo Amount:    (   13,800.00 ) REAL ESTATE COMMSSION | 3510-000 | | | |
| | | INTERNATIONAL, REALLY | Memo Amount:    (   13,800.00 ) REAL ESTATE COMMISSION | 3510-000 | | | |
| | | SITUSAMC | Memo Amount:    (  383,295.91 ) MORTGAGE PAYOFF | 4110-000 | | | |
| | | HOA, S. MILHAUSEN | Memo Amount:    (    9,203.43 ) HOA LIEN PAYOFF | 4110-000 | | | |
| | | CENTURIAN TITLE | Memo Amount:    (    7,159.58 ) CLOSING COSTS | 2500-000 | | | |
| | | ORANGE COUNTY | Memo Amount:    (    6,177.92 ) PROPERTY TAXES | 2820-000 | | | |
| 01/03/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 23.16 | 37,236.50 |
| 02/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 41.11 | 37,195.39 |
| 02/07/22 | 11 | CENTURIAN TITLE | REFUND OF MORTGAGE FEES ON SALE | 1110-000 | 7,877.69 | | 45,073.08 |
| 02/07/22 | 12 | TAYLOR MORRISON OF FLORIDA | SETTLEMENT OF PREFERENCE PREFERENCE SETTLED WITH TAYLOR MORRISON AND APPROVED BY COURT ORDER DATED 1/24/2022 DOC NO 102 | 1241-000 | 48,750.00 | | 93,823.08 |
| 02/17/22 | 12 | NEW REZ LLC SHELLPOINT | SETTLEMENT OF PREFERENCE | 1241-000 | 39,681.89 | | 133,504.97 |
| 02/22/22 | | International Sureties, Ltd. Suite 420 | Blank Bond Disbursement | 2300-000 | | 66.24 | 133,438.73 |

Page Subtotals          133,574.96          136.23

LFORM24

Ver: 22.07b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 21-01125  -GER | Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|---|---|
| Case Name: | MJD LEGACY INVESTMENTS INC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******3032  Checking Account |
| Taxpayer ID No: | *******5274 | | |
| For Period Ending: | 09/30/22 | Blanket Bond (per case limit): | $ 22,299,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street New Orleans, LA 70139 | | | | | |
| 02/25/22 | 12 | DISCOVER FINANCIAL | SETTLEMENT FRAUDULENT TRANSFER | 1241-000 | 16,440.00 | | 149,878.73 |
| 03/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 100.75 | 149,777.98 |
| 03/14/22 | 12 | AKSHAYA VENTURES | PREFERENCE SETTLEMENT | 1241-000 | 15,606.00 | | 165,383.98 |
| 03/15/22 | 12 | PULTE GROUP | SETTLEMENT OF PREFERENCE CLAIM | 1241-000 | 25,000.00 | | 190,383.98 |
| 03/18/22 | 12 | TARGET CORP | PREFERENCE SETTLEMENT SETTLEMENT APPROVED BY COURT WITH TD BANK 3/15/2022 DOC NO 117 | 1241-000 | 9,450.00 | | 199,833.98 |
| 04/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 195.23 | 199,638.75 |
| 05/02/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 213.31 | 199,425.44 |
| 06/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 220.20 | 199,205.24 |
| 07/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 212.85 | 198,992.39 |
| 08/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 219.71 | 198,772.68 |
| 09/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 219.47 | 198,553.21 |
| 09/05/22 | 12 | DREAMSCAPES POOLS | SETTLEMENT OF PREFERENCE CLAIM | 1241-000 | 61,586.28 | | 260,139.49 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 460,000.00 | COLUMN TOTALS | 261,657.24 | 1,517.75 | 260,139.49 |
| Memo Allocation Disbursements: | 433,436.84 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 261,657.24 | 1,517.75 | |
| Memo Allocation Net: | 26,563.16 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 261,657.24 | 1,517.75 | |

| | | | NET | |
|---|---|---|---|---|
| Total Allocation Receipts: | 460,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 433,436.84 | Checking Account - *******3032 | 261,657.24 | 1,517.75 | 260,139.49 |
| Total Memo Allocation Net: | 26,563.16 | | 261,657.24 | 1,517.75 | 260,139.49 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          128,082.28          1,381.52

Ver: 22.07b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

| Case No: | 21-01125  -GER |
|---|---|
| Case Name: | MJD LEGACY INVESTMENTS INC |
| Taxpayer ID No: | *******5274 |
| For Period Ending: | 09/30/22 |

| Trustee Name: | ROBERT E. THOMAS, TRUSTEE |
|---|---|
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3032  Checking Account |
| Blanket Bond (per case limit): | $ 22,299,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********3032

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 22.07b